PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julio Cesar Vargas                     Cr.: CR 03-865-01

Name of Sentencing Judicial Officer: Honorable John C. Lifland

Date of Original Sentence: 5/19/04

Original Offense: Conspiracy to Distribute Narcotics in violation of 21 U.S.C. § 846

Original Sentence: Bureau of Prisons 41 months, Supervised Release 5 years, Drug Treatment or Urinalysis, Mental Health Treatment, Special Assessment $100

Type of Supervision: Supervised Release                  Date Supervision Commenced: 7/20/07

Assistant U.S. Attorney: Rachael A. Hill                 Defense Attorney: Edna Ball Axelrod

## PETITIONING THE COURT

[X] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'  |
|   | The offender was arrested on September 18, 2007 in Paterson, New Jersey for Aggravated Assault, Resisting Arrest, Possession of CDS, Distribution of CDS, Possession of CDS on School Property. The offender's vehicle was pulled over and upon inspection, approximately 30 grams of cocaine were found. The offender also allegedly pushed three police officers in an attempt to evade arrest for possession of cocaine. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Dana Hafner
U.S. Probation Officer
Date: 9/27/07

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/1/2007
Date