UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JULIO CESAR VARGAS, DOCKET NO. 03-865

## PETITION FOR WRIT OF HABEAS CORPUS

1. Defendant, Julio Cesar Vargas is now confined at the Passaic County Jail.

2. Said individual will be required at Newark, New Jersey, before the Hon. Faith S. Hochberg, U.S. District Judge, on Wednesday, April 1, 2009, at 10:30 a.m., for a hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: March 24, 2009

RACHAEL A. HONIG, AUSA
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: March 25, 2009

Hon. Faith S. Hochberg, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Passaic County Jail:
WE COMMAND YOU that you have the body of

JULIO CESAR VARGAS,

now confined at the Passaic County Jail, brought before the United States District Court, the Hon. Faith S. Hochberg U.S. District Judge, in the U.S. Post Office and Courthouse at Newark, on April 1, 2009 at 10:30 a.m., in civilian clothes, so that he may appear for the hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Faith S. Hochberg
United States District Judge
Newark, New Jersey.

DATED: March 25, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Julianne Burns
Deputy Clerk